Decided March 17, 1994

Town of Wilton *v.* James P. McGovern et al.

The petition of the defendants James P. McGovern and Susan C. McGovern for certification for appeal

---

* Appeal withdrawn July 18, 1994.

from the Appellate Court, 33 Conn. App. 517 (AC 12643), is denied.

*James P. McGovern,* pro se, and *Susan C. McGovern,* pro se, in support of the petition.

*George J. Markley,* in opposition.

Decided March 17, 1994